No. M–77 (O. T. 1994). MARIAN v. SCOTT ET AL. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [515 U. S. 1129] denied.

No. M–78 (O. T. 1994). ARNETTE v. ALLSTATE INSURANCE CO. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [515 U. S. 1129] denied.

No. M–79 (O. T. 1994). HOLDER v. HARLEM MEN'S SHELTER;

No. M–1. WHITEHEAD v. DEUTSCH, DIRECTOR OF CENTRAL INTELLIGENCE;

No. M–2. BUOSCIO v. SPADE ET UX.;

No. M–3. MOHAMMED v. SCHEVE ET UX.;

No. M–4. LEWIS v. UNITED STATES;

No. M–5. REYNOLDS, WARDEN v. BANKS;

No. M–6. PERRY v. HOUSE OF REPRESENTATIVES;

No. M–7. STAGE v. DEPARTMENT OF LABOR;

No. M–8. ZAPON ET AL. v. DEPARTMENT OF JUSTICE;

No. M–9. DOE v. WASHINGTON;

No. M–10. WHITEHEAD v. DEUTSCH, DIRECTOR OF CENTRAL INTELLIGENCE;

No. M–11. HUNT v. UNITED STATES;

No. M–13. FRASER v. PENNSYLVANIA SYSTEM OF HIGHER EDUCATION ET AL.; and

No. M–14. MILES v. GRAMLEY, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–12. GULLEDGE v. KANSAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is awarded $3,999.78 for the period April 1 through June 30, 1995, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 514 U. S. 1095.]

No. 94–1268. JOINT SCHOOL DISTRICT NO. 241 ET AL. v. HARRIS, ON HER OWN BEHALF AND ON BEHALF OF HER TWO CHILDREN, BUTLER AND HARRIS, ET AL.; and

No. 94–1314. CITIZENS PRESERVING AMERICA'S HERITAGE, INC., ET AL. v. HARRIS, ON HER OWN BEHALF AND ON BEHALF OF HER TWO CHILDREN, BUTLER AND HARRIS, ET AL., 515 U. S. 1154. Motion of respondents to retax costs denied.